IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**

JUN 12 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: |
| | ) | |
| Plaintiff, | ) | **1:24 CR 00209** |
| | ) | |
| v. | ) | |
| | ) | |
| STEPHEN MYERS, | ) | <u>MOTION TO SEAL INDICTMENT</u> |
| | ) | |
| Defendant. | ) | |

Now comes the United States of America, by and through counsel, Rebecca C. Lutzko, United States Attorney, and Colleen Egan, Assistant United States Attorney, and respectfully moves this Court for an order sealing the attached indictment for the following reason(s):  flight risk/danger to community.

The government further requests this Court to order that an Assistant United States Attorney of the Criminal Division of the United States Attorney's Office for the Northern District of Ohio may obtain, upon request, a certified copy of this indictment should the defendant be located in another judicial district and a certified copy of this indictment is needed for forwarding to that judicial district.  See Rule 6(e)(4) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

REBECCA C. LUTZKO
United States Attorney

By: _____

Colleen Egan (OH: 0083961)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3758
(216) 522-7499 (facsimile)
Colleen.Egan@usdoj.gov

2